March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Jonathan Puello    ,

         Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE ~~VIDEO~~CONFERENCE**

12 -CR- 672 (PKC)(__)

Defendant __Jonathan Puello_____ hereby voluntarily consents to participate in the following proceeding via ~~video~~ TELE conferencing:

[X] Initial Appearance/Appointment of Counsel

[X] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

[X] Preliminary Hearing on Felony Complaint

[X] Bail/Revocation/Detention Hearing

[X] Status and/or Scheduling Conference

[X] Misdemeanor Plea/Trial/Sentence

s/Jonathan Puello by KNF,USMJ
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jonathan Puello
_____
Print Defendant's Name

_[signature]_
_____
Defense Counsel's Signature

GUY OKSENHENDLER
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/19/20
_____
Date

Kevin Nathaniel Fox
_____
U.S. District Judge/U.S. Magistrate Judge

April 1, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

JONATHAN PUELLO ,

                Defendant.
------------------------------------------------------------X

<u>WAIVER OF RIGHT TO BE PRESENT
AT CRIMINAL PROCEEDING</u>

12 -CR- 672 (PKC)(__)

**<u>Check Proceeding that Applies</u>**

**X**     Arraignment

                                         SPECIFICATIONS

I have been given a copy of the ~~indictment~~t containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

        1)     I have received and reviewed a copy of the indictment.
        2)     I do not need the judge to read the indictment aloud to me.
        3)     I plead not guilty to the charges against me in the indictment.


Date:       _____
                    Signature of Defendant


                    _____
                    Print Name

**X**     Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my

attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: _____
    Signature of Defendant


_____
Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date: 11/20/2020    *[signature]*
    Signature of Defense Counsel

GUY OKSENHENDLER
Print Name


**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.


Date: _____
    Signature of Defense Counsel


Accepted:    *Kevin Nathaniel Fox*
    _____
    Signature of
    Judge Date:
    11/19/20

2