UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                12-cr-672 (PKC)

       -against-

                                                                                <u>ORDER</u>

JONATHAN PUELLO,

                           Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

       The next proceeding in this matter will be held telephonically on December 14, 2020 at 10:30 a.m.  The call-in information for this teleconference is:

       <u>Dial-in</u>:    (888) 363-4749

       <u>Access Code</u>:  3667981

       SO ORDERED.

                                                              P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
       December 10, 2020