UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                               12-cr-672 (PKC)

      -against-                                      ORDER

JONATHAN PUELLO,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Mr. Oksenhendler blithely writes on December 14 to seek an adjournment of a conference scheduled for December 14 at 10:30 a.m.  What he neglects to mention, explain or apologize for is the disruption he caused by failing to appear at the conference or seeking an adjournment in advance thereof.  The government, the defendant, the court reporter, the law clerk and the judge (who was on standby) were ready for the 10:30 a.m., December 14 conference.  Mr. Oksenhendler was not to be found or reached by my staff or the government.  When he later surfaced, he was told to write to the Court.  Well, he did write.  He just neglected to explain why he caused the disruption in schedule to the government, the court reporter, the law clerk, the judge who was on standby, the defendant and the officers at the facility where his client is housed.

        Mr. Oksenhendller is now ordered to explain his actions in writing in five days.

- 2 -

SO ORDERED.

*[signature]*
P. Kevin Castel
United States District Judge

Dated: New York, New York
December 15, 2020