UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              12-cr-672 (PKC)

        -against-                                  ORDER

JONATHAN PUELLO,

                  Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The vosr hearing is scheduled for January 11, 2021 at 12:00 p.m. and will proceed by telephone.  <u>Dial-In No.</u>:  1-888-363-4749, <u>Access Code</u>:  366798.

        SO ORDERED.

                                                      P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
        December 30, 2020