Administratively terminated.
SO ORDERED.
Dated: 1/25/2022

P. Kevin Castel
United States District Judge

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

December 14, 2020

VIA ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States v. Jonathan Puello***
12 Cr. 672
Consent Request to Reschedule Conference

Dear Judge Castel:

It is respectfully requested that the conference originally scheduled for December 14, 2020 be adjourned and rescheduled until January 11, 2021 at noon. Prior to making this request counsel spoke with Chambers and Assistant United States Attorney Nicolas Roos. Counsel has sought and received the consent of Assistant United States Attorney Nicolas Roos before submitting this request to reschedule the conference. It is also submitted that speedy trial time be excluded on consent of the defendant in light of the discovery counsel received from the government recently and the necessity to review the materials with Mr. Puello and to continue plea negotiations on the specifications charged.

Very truly yours,

/s/ Guy Oksenhendler

Guy Oksenhendler