**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

Administratively terminated.
SO ORDERED.
Dated:  1/25/2022

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

January 19, 2021

VIA ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Jonathan Puello*
             12 Cr. 672
             <u>Response to Order to Show Cause – Request that No Action be Taken</u>

Dear Judge Castel:

      It is respectfully requested that Your Honor take no action and impose no sanction on the Court's Order to Show Cause dated January 11, 2021.  I sincerely apologize for missing the Status Conference on December 14, 2020 at noon and not explaining in writing the reason for my absence.  The reason for my absence was merely an inadvertent mistake for which I take full responsibility.  The status conference on December 14, 2020 was originally scheduled for noon and I merely did not see the email from Your Honor's Deputy Clerk, Ms. Nacanther on December 7, 2020 or the ECF that was posted.  That is my fault and my mistake. It was not done intentionally.  It is no excuse, however, my daughter's Bat Mitzvah was on December 12, 2020, and I just missed the email and the ECF post.

      I know that tremendous effort goes into scheduling appearances due to the Covid restrictions and place, and I am sorry that effort was expended on the status conference and I did not appear.

      The morning of the conference I believed it was scheduled for noon.  When Ms. Nacanther called me and emailed me at 10:30 I was merely in a different room stretching out my back due to a strain I suffered putting out a fire in my neighbor's apartment a few weeks before. Around 11:20 am I went into my home office and saw the missed calls and email.  I immedietly called chambers and apologized. I believe I explained that I thought the conference was

scheduled for noon.  I was extremely apologetic.  I immediately called both Assistant United States Attorney Nicholas Roos and United States Probation Officer Joseph Perry to coordinate a new date to reschedule the conference.  I again called Chambers to inform the Court of my discussions and apologized a second time.  I then filed the letter on ECF.  I mistakenly believed that my explanation that I merely did not realize the conference had been moved to 10:30 was sufficient.  I certainly meant no disrespect to the Court and certainly had no intention to waste the time of the Court, the government, probation, the court staff, the jail staff, the court reporter and Mr. Puello by my absence, nor ignore an Order of this Court.  I am sorry.

I have zealously represented Mr. Puello before Your Honor since 2012 and nothing like this has ever happened before.  I will make sure that it does not happen again.

Respectfully, I request that Your Honor not sanction nor hold me in contempt of court over this matter and take no action.  Please accept my apology.  When I apologized at the end last court appearance, I was unaware of the Order to Show Cause that was filed during the proceeding.  My apology then, as now, is sincere.

Should Your Honor have any further questions, or want further explanation, please contact me immediately.

                                        Respectfully submitted,

                                        /s/ *Guy Oksenhendler*

                                        Guy Oksenhendler