UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                 12-cr-672 (PKC)

       -against-

                                                              <u>ORDER</u>

JONATHAN PUELLO,

              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        David Wikstrom is appointed counsel to represent Jonathan Puello pursuant to the Criminal Justice Act. The VOSR conference originally scheduled for March 19, 2024 is adjourned to April 9, 2024 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                              P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           March 12, 2024